UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL TODD COX,

    Plaintiff,

v.                                            Case No:   6:16-cv-1310-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY and SSA,

    Defendants.

## REPORT AND RECOMMENDATION

This matter comes before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. 18). Defendant has filed an answer but has not brought a counterclaim against Plaintiff (Docket). Pursuant to M.D. FLA. R. 3.01(g), counsel for Plaintiff represents that Defendant's attorney has been contacted and has no objection to the dismissal. Plaintiff further represents that Defendant has agreed that each party "would be responsible for their own costs associated with this action." Accordingly, I **respectfully recommend** that the district judge

1. **GRANT** the motion;
2. **DISMISS** the case **WITH PREJUDICE**;
3. **DIRECT** that each party bear its own attorney's fees and costs; and
4. **DIRECT** the Clerk of Court to **CLOSE** the file.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual

finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

Since the motion is uncontested, I assume that neither party objects to the entry of an order adopting this report and recommendation in its entirety. If that is the case, counsel for the parties may file notices of no-objection which will reduce the workload of the district judge and expedite the process.

**RECOMMENDED** in Orlando, Florida on January 17, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding District Judge
    Counsel of Record