**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL TODD COX,

       Plaintiff,

v.                                                                      Case No:  6:16-cv-1310-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY and SSA,

       Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. 18) filed on December 20, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 17, 2017 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion to Dismiss (Doc. 18) is **GRANTED**.

3. The case is **DISMISSED WITH PREJUDICE**.

4. Each party is **DIRECTED** to bear its own attorney's fees and costs.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 6, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties